1  Rosemary T. McGuire, Esq.   Bar No. 172549
   Erica M. Camarena, Esq.     Bar No. 227981
2
   THE LAW FIRM OF
3  WEAKLEY, RATLIFF,
   ARENDT & McGUIRE, LLP
4  1630 East Shaw Avenue, Suite 176
   Fresno, California  93710
5
   Telephone: (559) 221-5256
6  Facsimile:  (559) 221-5262

7  Attorneys for Defendants, CITY OF FRESNO; FRESNO POLICE DEPARTMENT
                              ALFRED CAMPOS
8

9                          **UNITED STATES DISTRICT COURT**

10                         **EASTERN DISTRICT OF CALIFORNIA**

11 | DONALD EDWARD ANDERSON, | ) CASE NO.  1:06-cv-01824-OWW-DLB
12 | Plaintiff, | ) STIPULATION AND ORDER CONTINUING
                 ) MOTION TO DISMISS PORTIONS OF FIRST
13 | vs.        | ) AMENDED COMPLAINT FOR FAILURE TO
                 ) STATE CLAIM; AND MOTION TO STRIKE
14 | CITY OF FRESNO - FRESNO POLICE | ) PRAYER FOR PUNITIVE DAMAGES
      DEPARTMENT, ALFRED CAMPOS,     ) [FRCP Rule 12(b)(6), 12(f); Local Rule 78-230]
15    individually and In His Official Capacity as a )
      Police Officer for the City of Fresno, and    )
16    DOES 1 through 50, inclusive,                 ) **Date:**     **June 4, 2007**
                                                     ) **Time:**     **10:00 a.m.**
17 | Defendants. | ) **Courtroom:**  **3**

18

19     It is hereby stipulated by the parties, through their respective counsel, that the hearing on

20 defendants Motion to Dismiss Portions of Plaintiff's First Amended Complaint and Motion to

21 Strike Prayer for Punitive Damages be continued from June 4, 2007 at 10:00 a.m. to **July 9,**

22 **2007 at 10:00 a.m.**, due to the unavailability of plaintiff's counsel on June 4, 2007.

23 DATED: May 31, 2007

24                                              WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

25

26                                              By:    /s/ Rosemary T. McGuire
                                                       Rosemary T. McGuire
27                                                     Attorney for Defendants

28 / / /

Stipulation Regarding Continuance

1  DATED: May 31, 2007

2                                                  THE DANIEL L. HARRALSON LAW FIRM

4                                                  By:     /s/ Daniel L. Harralson
                                                        Daniel L. Harralson
5                                                          Attorney for Plaintiff

10  IT IS SO ORDERED.

11  **Dated:   May 31, 2007**                                    **/s/ Oliver W. Wanger**
                                                                 UNITED STATES DISTRICT JUDGE