Rosemary T. McGuire, Esq.   Bar No. 172549
Erica M. Camarena, Esq.   Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO and  ALFRED CAMPOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EDWARD ANDERSON, | CASE NO. 1:06-cv-01824-OWW-DLB |
| Plaintiff, | **ORDER GRANTING DEFENDANTS MOTION DISMISS PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT AND MOTION TO STRIKE PRAYER FOR PUNITIVE DAMAGES** |
| vs. | |
| CITY OF FRESNO - FRESNO POLICE DEPARTMENT, ALFRED CAMPOS, individually and In His Official Capacity as a Police Officer for the City of Fresno, and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed: 12/14/2006<br>Trial Date:  08/26/08 |

The motion of Defendants, CITY OF FRESNO and OFFICER ALFRED CAMPOS to dismiss portions of plaintiff's First Amended Complaint and strike plaintiff's prayer for punitive damages against the City of Fresno was heard on July 9, 2007, before the Honorable Oliver W. Wanger.  Daniel Harrelson, Esq., appeared on behalf of plaintiff; Rosemary T. McGuire, Esq., appeared on behalf of defendants.

Having reviewed the papers submitted by the parties and heard the arguments of counsel, the Court dismissed plaintiff's Fifth Amendment claim, Eighth Amendment claim, and Fourteen Amendment claim without leave to amend.  Receiving no opposition to the motion to strike claim for punitive damages as to the City of Fresno, that motion was granted.

1 | Defendants have twenty (20) days to file an answer to plaintiff's First Amended Complaint.

3 | **IT IS SO ORDERED.**

5 | DATED: July 31, 2007

/s/ Oliver W. Wanger
United States District Court Judge
Oliver W. Wanger