Rosemary T. McGuire, Esq.   Bar No. 172549
Erica M. Camarena, Esq.     Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO; FRESNO POLICE DEPARTMENT ALFRED CAMPOS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EDWARD ANDERSON, | CASE NO.  1:06-cv-01824-OWW-DLB |
| Plaintiff, | **STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| vs. | **FRCP 41** |
| CITY OF FRESNO - FRESNO POLICE DEPARTMENT, ALFRED CAMPOS, individually and In His Official Capacity as a Police Officer for the City of Fresno, and DOES 1 through 50, inclusive, | Complaint Filed: 12/14/2006 |
| Defendants. | |

TO THE HONORABLE COURT:

It is hereby stipulated by and between the parties, plaintiff DONALD EDWARD ANDERSON and defendants, CITY OF FRESNO and ALFRED CAMPOS through their respective counsel, that this action, including any and all claims, will be dismissed with prejudice.

**IT IS SO STIPULATED.**

DATED: January 24, 2008

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


By:   /s/ Erica M. Camarena
      Erica M. Camarena
      Attorney for Defendants

Stipulated Dismissal With Prejudice And Order

DATED: January 28, 2008

LAW OFFICE OF DANIEL HARRALSON


By:    /s/ Daniel Harralson
       Daniel Harralson
       Attorney for Plaintiff


**PROPOSED ORDER**

The Court orders this case be dismissed with prejudice and orders the Court Clerk to enter judgment.

**IT IS SO ORDERED.**

DATED:

       United States District Court Judge
       Honorable Oliver W. Wanger


IT IS SO ORDERED.

**Dated:   January 29, 2008**       **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE